AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | | |
|---|---|---|---|
| International Union of Operating Engineers Local No. 478 Health Benefits Fund, | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 2:24-cv-06303-BRM-RLS |
| Eli Lilly and Company, et al. | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, International Union of Operating Engineers Local No. 478 Health Benefits Fund    .

Date:    05/22/2024

/s/ Matthew D. Schultz
*Attorney's signature*

Matthew D. Schultz (FL Bar 0640328)
*Printed name and bar number*

Levin, Papantonio, Rafferty, Proctor, Buchanan,
O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
*Address*

mschultz@levinlaw.com
*E-mail address*

(850) 435-7140
*Telephone number*

(850) 436-6140
*FAX number*