AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| International Union of Operating Engineers Local No. 478 Health Benefits Fund,<br>*Plaintiff*<br>v.<br>Eli Lilly and Company, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  2:24-cv-06303-BRM-RLS |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, International Union of Operating Engineers Local No. 478 Health Benefits Fund       .

Date:    05/31/2024

/s/ Brandon L. Bogle
*Attorney's signature*

Brandon L. Bogle (FL Bar 52624)
*Printed name and bar number*

Levin, Papantonio, Rafferty, Proctor, Buchanan,
O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502
*Address*

bbogle@levinlaw.com
*E-mail address*

(850) 435-7043
*Telephone number*

(850) 436-6080
*FAX number*